ACCEPTED
03-14-00570-CR
6652384
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/26/2015 8:17:41 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00570-CR

| | | |
|---|---|---|
| **ERIC BYRON CRAYTON** | § | **IN THE THIRD** |
| **VS.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/26/2015 8:17:41 AM
JEFFREY D. KYLE
Clerk

## MOTION TO POSTPONE ARGUMENT AND NOTICE OF INTENT TO ARGUE BEFORE THE COURT

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes the State of Texas, Appellee in the above-styled and -numbered cause, and notifies the Clerk of the Court that the author of the State's brief, Assistant Criminal District Attorney Clayten Hearrell, intends to argue this case before the Honorable Court of Appeals; furthermore, pursuant to Texas Rule of Appellate Procedure 10.5(c), Appellee moves the Court to postpone oral argument until September 29, 2015 or a subsequent date which is convenient for the Court, and for good and sufficient cause would show the following:

### I.

Appellant was convicted by a jury of Tampering with Physical Evidence on August 11, 2014 in the 207th District Court of Comal County. The jury then sentenced Appellant to 35 years confinement in the institutional division of the Texas Department of Criminal Justice. Appellant timely filed his notice of appeal and filed his brief with the Court on February 2, 2015. The State's brief was

1

submitted on July 3rd before being filed following reinstatement on July 29, 2015. Appellant filed a reply brief on August 17, 2015. The Court has ordered oral argument on September 23, 2015 at 1:30 p.m.

## II.

The Comal County Criminal District Attorney's Office attends an annual conference to ensure its members meet their C.L.E. requirements. Before the Court's order – issued August 24, 2015 – set this cause for oral argument, the Office had registered to attend the Texas District & County Attorneys Association's Annual Criminal and Civil Law Update, scheduled to take place in Corpus Christi. Mr. Hearrell's registration was confirmed on July 20, 2015. Confirmation (redacted), *attached*. Check-in at the hotel is on September 22, 2015, and the office will attend the conference (including some optional courses on September 22) through September 25, 2015. While Appellee intends to argue before the Court, in light of the foregoing, Appellee respectfully prays that the Court postpone oral argument in the instant cause until September 29, 2015, or whatever subsequent day is most convenient for the Court.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully requests that the Court postpone oral argument until September 29, 2015 or a subsequent date, so that Appellee may attend the prescheduled conference and argue the instant cause before the Court. This postponement is not requested for the purpose of delay itself, but so that justice may be done. This is Appellee's first request to postpone oral argument.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *Motion to Postpone Argument and Notice of Intent to Argue before the Court* and accompanying attachments have been delivered to Appellant ERIC BYRON CRAYTON's attorney of record in this matter:

Richard E. Wetzel
wetzel_law@1411west.com
1411 West Avenue
Suite 100
Austin, TX 78701
*Attorney for Appellant on Appeal*

By electronically sending it to the above-listed email address through efile.txcourts.gov e-filing service this 26th day of August, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**


## CERTIFICATE OF CONFERENCE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that I have conferred with the attorney for ERIC BYRON CRAYTON regarding the merits of this motion and to learn whether Appellant opposes the instant motion. Mr. Richard E. Wetzel does not oppose postponing oral argument until September 29, 2015, or whatever subsequent date is most convenient for the Court.

/s/ Joshua D. Presley
**Joshua D. Presley**

## Popp, Charlotte B.

**From:** Hearrell, Clayten H.
**Sent:** Monday, July 20, 2015 1:42 PM
**To:** Popp, Charlotte B.
**Subject:** FW: 2015 Annual Criminal & Civil Law Update

**From:** rogers@tdcaa.com [mailto:rogers@tdcaa.com]
**Sent:** Monday, July 20, 2015 10:53 AM
**To:** Hearrell, Clayten H.
**Cc:** dayatra.rogers@tdcaa.com
**Subject:** 2015 Annual Criminal & Civil Law Update

Your registration for the **2015 Annual Criminal & Civil Law Update** is listed below.

| Attendee Information | |
|---|---|
| Attendee ID | |
| Name (Badge Name) | Clayten H. Hearrell (Clay) |
| State Bar# | 24059919 |
| Position | Asst. Criminal District Attorney |
| Firm | Comal County |
| Address | 150 N. Seguin Ave., Ste. 307 |
| | New Braunfels, TX 78130-5161 |
| WTel/HTel/Fax | 830-221-1300 / / 830-608-2008 |
| Email | hearrc@co.comal.tx.us |
| Billed | $350.00 |
| Paid | $0.00 |
| Balance | $350.00 |

| You have registered for the following events | | | | |
|---|---|---|---|---|
| Event No | Quantity | Event Description | Date | Fee |
| 100 | 1 | **PLEASE SELECT EITHER FULL, TRAINING ONLY, OR NON-MEMBER REGISTRATION.** *You can also register a guest for dinner functions below, or sign-up for the Optional Protective Order class, a separate CLE, the day before the start of the Annual.*<br><br>**Full Registration - For CAs, DAs, CDAs,** | 09-23-2015 | 350.00 |

1

| | | C&DAs, and their office personnel. ($350 includes $175 Registration fee + $175 Association fee). The association fee of $175 is each participant's share of costs over and above what the grant allows (for example, excess costs of on-site meals and association overhead). In addition, this fee enables TDCAA to lock in discounted hotel rates for participants and entitles them to attend all association functions, including Wednesday night's opening reception, as well as Thursday's lunch and dinner. This registration option is not available to municipal prosecutors, military prosecutors, special prosecutors, peace officers, defense attorneys, judges, and any other criminal justice professional who are not a full-time employee of a Texas District or County Attorneys Office.<br><br>Prosecutors and their staffs are also entitled to reimbursement of up to $10 a day for meals (not provided by TDCAA) and up to $40 a night for hotel rooms for a maximum of two nights (Wed and Th only). | | |
| --- | --- | --- | --- | --- |
| | | | **Total Paid:** | **$0.00** |
| | | | **Total amount due:** | **$350.00** |

THIS IS YOUR REGISTRATION CONFIRMATION AND INVOICE.

If you need to edit any of the information above, please email dayatra.rogers@tdcaa.com with your corrections or contact her in the office at 512-474-2436.

Please make a copy of your confirmation/invoice and send it along with your payment to:

**TDCAA**

**Attn: Dayatra Rogers**

**505 W. 12th St., Suite 100**

**Austin, TX 78701**

If you registered for the $150 "training only" fee, you are entitled to attend the entire seminar but cannot attend the TDCAA reception or the included luncheon. Please be sure you have checked the appropriate registration fee.

TDCAA has received 12 hours of CLE credit, including 3 hours of ethics. We report these hours for you upon completion of the course.

All seminar materials will be made available on our website one week prior to the course, and will remain archived there for future reference. The password to access these materials will be emailed to the address you used to register with by September 16, 2015. There will not be capability to print these materials out at the seminar.

2

Visit the Training page on the TDCAA website for our cancellation policy. Thanks for your interest in our association and training, and we'll see you in Corpus!

**Please note that no photography or audio or video recording of this training will be allowed. Any rebroadcast or retransmission of a TDCAA training or and any reproduction or reuse of TDCAA's training materials, without the express written consent of TDCAA, is prohibited.**

## Popp, Charlotte B.

**From:** Hearrell, Clayten H.
**Sent:** Monday, July 20, 2015 1:43 PM
**To:** Popp, Charlotte B.
**Subject:** FW: 2015 Corpus Christi Legislative Update

**From:** rogers@tdcaa.com [mailto:rogers@tdcaa.com]
**Sent:** Monday, July 20, 2015 11:25 AM
**To:** Hearrell, Clayten H.
**Cc:** dayatra.rogers@tdcaa.com
**Subject:** 2015 Corpus Christi Legislative Update

Your registration for the **2015 Corpus Christi Legislative Update** is listed below.

| Attendee Information | |
| --- | --- |
| Attendee ID | |
| Name (Badge Name) | Clayten H. Hearrell (Clay) |
| State Bar# | 24059919 |
| Position | Asst. Criminal District Attorney |
| Firm | Comal County |
| Address | 150 N. Seguin Ave., Ste. 307 |
| | New Braunfels, TX 78130-5161 |
| WTel/HTel/Fax | 830-221-1300 / / 830-608-2008 |
| Email | hearrc@co.comal.tx.us |
| Billed | $100.00 |
| Paid | $0.00 |
| Balance | $100.00 |

| You have registered for the following events | | | | |
| --- | --- | --- | --- | --- |
| Event No | Quantity | Event Description | Date | Fee |
| 100 | 1 | Member Registration | 09-22-2015 | 100.00 |
| | | | Total Paid: | $0.00 |
| | | | Total amount due: | $100.00 |

Corpus Christi**

Tuesday, September 22

1

Omni Bayfront Hotel

900 N. Shoreline Blvd.

Nueces Ballroom

**PLEASE NOTE:** This is your registration confirmation and invoice. A copy of this invoice must be submitted with a check in a timely manner to ensure payment is posted to the correct registrant. If you wish to pay with a credit card (Visa or MasterCard), you may do so by calling Dayatra Rogers ahead of time at 512-474-2436.

**TDCAA**

**Attn: Dayatra Rogers**

**505 W. 12th St., Suite 100**

**Austin, TX 78701**

Registration opens at 1:00 p.m. The legislative update session is from 1:30 to 5 p.m., is worth 3 hours of 3184 TCOLE and CLE credit, and costs $100 for TDCAA members who pre-register online (up until a week before the training) and $125 for all others, including members who register on-site.

All attendees will receive a copy of the 2015 Legislative Update book with a Penal Code table of offenses.

**Please note that no photography or audio or video recording of this training will be allowed. Any rebroadcast or retransmission of TDCAA's Legislative Update presentation and any reproduction or reuse of TDCAA's Legislative Update book, without the express written consent of TDCAA, is prohibited.**

**\*\*The legislative training in Corpus is the same week as our Annual Criminal & Civil Law Update; you are welcome to attend both but must register and pay for them separately. Registration for the Annual will open in mid-June.**